**07 CRIM 1026**

## REQUEST FOR COURT ACTION / DIRECTION

| | | | |
|---|---|---|---|
| TO: | James Molinelli<br>Clerk's Office | **OFFENSE**: | Conspiracy to Possess with Intent to Distribute MDMA and Ecstacy, 21 USC 846 and 841(a)(1),(b)(1)©). |
| | | **ORIGINAL SENTENCE**: | 27 months imprisonment; three (3) years supervised release |
| FROM: | Yvonne Rivera<br>U.S. Probation Officer | **SPEC. CONDITIONS**: | Financial Disclosure; 50 hours community service; drug/alcohol treatment; $100 special assessment |
| | | AUSA: | Tim Kasulis |
| RE: | Celeste Renee Scott<br>Docket # 4:02 Cr 0724-001 | | |

DATE OF SENTENCE:  July 10, 2003

DATE:  November 8, 2007

ATTACHMENTS:  PSI _X_   JUDGMENT _X_   PREVIOUS REPORTS ___
VIOLATION  PETITION

REQUEST FOR:   WARRANT ___   SUMMON ___   COURT DIRECTION _X_

---

### REQUEST FOR ACCEPTANCE OF JURISDICTION

Celeste Renee Scott was sentenced in the Southern District of Texas on July 10, 2003, as indicated above. She was released from custody to commence her term of supervision on November 4, 2004.

On November 2, 2007, the Southern District of Texas initiated a transfer of jurisdiction with their court, based on Ms. Scott's permanent residence within the Southern District of New York, and due to a pending violation action.

Attached please find two original Probation Form 22, signed by the Honorable Nancy F. Atlas, U.S. District Judge for the Southern District of Texas on November 2, 2007.

We respectfully request that the court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached forms be endorsed and returned to our office.

Scott, Celeste Renee                              -2-                              P49265/Y. Rivera

                                    Respectfully submitted,

                                    Chris J. Stanton
                                    Chief U.S. Probation Officer

                                    Yvonne Rivera
                                    U.S. Probation Officer
                                    (212) 805-5192

Approved by:                              11/8/07
                                    Avriel G. George    Date
                                    Supervising U.S. Probation Officer
                                    (212) 805-5093