

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 14, 2007

BY FACSIMILE

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
Suite 630
New York, New York 10007

**SO ORDERED**
The conference is rescheduled to
December 19, 2007 at 9:45 a.m.

*George B. Daniel*
HON. GEORGE B. DANIELS
NOV 15 2007

Re:   *United States of America v. Celeste Renee Scott*
      07 Cr. 1026 (GBD)

Dear Judge Daniels,

      As per the request of Your Honor's chambers, I am writing to request an adjournment of the conference currently scheduled in the above-captioned case from Friday, November 23, 2007 until either the afternoon of Tuesday, November 27, 2007, the morning of Wednesday, November 28, 2007, or the next available date convenient for the Court.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Telemachus P. Kasulis
Assistant United States Attorney
(212) 637-2411

cc:   Fiona Doherty, Esq.
      (by facsimile)