```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
     - v. -                      :     ECF CASE
                                 :
CELESTE RENEE SCOTT,             :     NOTICE OF APPEARANCE AND
                                 :     REQUEST FOR ELECTRONIC
     Defendant.                  :              NOTIFICATION
                                 :
                                 :     07 Cr. 1026 (GBD)
                                 :
                                 :
                                 :
- - - - - - - - - - - - - - - - x
```

TO: Clerk of Court

United States District Court

Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney for the
      Southern District of New York

    by: /s/ Telemachus P. Kasulis
    Telemachus P. Kasulis
    Assistant United States Attorney
    Tel: (212) 637-2411
    Fax: (212) 637-2527

To: All Counsel of Record